IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN CARRICK**                                                                     **PLAINTIFF**

v.                              **CASE NO. 4:24-CV-00326-BSM**

**MILE HIGH EQUIPMENT, LLC,** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 29th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE